**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**LARRY BLAINE PAINTER**                                                          **PETITIONER**
Reg # 14746-045

VS.                       No. 2:10-cv-00061 SWW-BD

**T.C. OUTLAW, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                              **RESPONDENT**


### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.  After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Larry B. Painter's petition for writ of habeas corpus (#2) is summarily DISMISSED without prejudice and his motion for leave to proceed *in forma pauperis* (#1) is DENIED as moot this 10th day of June, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE