IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**LARRY BLAINE PAINTER**                                                              **PETITIONER**
Reg # 14746-045

VS.                    No. 2:10-cv-00061 SWW-BD

**T.C. OUTLAW, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                                **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 10th day of June, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE